(1/92)

Prob. 35

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

Crim. No. 1:10-CR-0001

Benjamin Sousa

On August 6, 2014 the above named was placed on Supervised Release for a period of 4 years. The defendant was supervised by the U.S. Probation Office in the District of Connecticut who report that defendant Sousa is presently in compliance with the rules and regulations of Supervised Release and is no longer in need of supervision, having completed three of the four years of his supervision term. It is accordingly recommended that Benjamin Sousa be discharged from Supervised Release.

Respectfully submitted,

_____
Christopher V. McNeill
Sup. U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this __6th__ day of __November, 2017.

_____
Lawrence E. Kahn
U.S. District Judge